

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00413-CV

**IN THE MATTER OF A.C.**, a Juvenile

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Luz Elena D. Chapa, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

Delivered and Filed: October 21, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

    A.C., a juvenile, has filed a petition for writ of mandamus arguing the respondent, Judge Carlos Quezada, Jr., erred by denying his application for a pretrial writ of habeas corpus. We have considered the petition, mandamus record, and responses of the real party in interest and respondent. The petition for writ of mandamus is denied. *See generally In re Prudential Ins. Co.*, 148 S.W.3d 124 (Tex. 2004, orig. proceeding)

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2020JUV00455, styled *State of Texas v. A.C.*, pending in the 289th Judicial District Court, Bexar County, Texas, the Honorable Carlos Quezada Jr. presiding.